UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HILARIO ROJAS ORTEGA, individually and on behalf of all others similarly situated,

                              Plaintiff,                ~~PROPOSED~~

      -against-                                     JUDGMENT ORDER

HEALTHY CHOICE MARKETS IV, LLC and           7:24-cv-05682-PMH
GREEN'S NATURAL FOODS, INC.,

                              Defendants.
------------------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 15, 2025 and Defendant, HEALTHY CHOICE MARKETS IV, LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff HILARIO ROJAS ORTEGA in the amount of Five Thousand Dollars ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees;

       it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff HILARIO ROJAS ORTEGA and against Defendant, HEALTHY CHOICE MARKETS IV, LLC in the amount of Five Thousand Dollars ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees.

Dated:  August 18 , 2025
         White Plains , New York

                                                       _____
                                                       Hon. Philip M. Halpern, U.S.D.J.